UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

JEANNIE RENEA PITTMAN, )
)
    Plaintiff, )
)
v. ) 2:23-CV-18-DCP
)
COMMISSIONER OF SOCIAL SECURITY, )
)
    Defendant. )

## JUDGMENT

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, the decision of the Commissioner is **AFFIRMED**. The Clerk of Court is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge

ENTERED AS A JUDGMENT
s/ *LeAnna R. Wilson*
CLERK OF COURT